PAMELA E. COGAN (SBN-105089)
ROBERT M. FORNI, JR. (SBN-180841)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 300
Redwood City, CA  94063-2052
Telephone:  (650) 364-8200
Facsimile:    (650) 780-1701
E-mail:        pcogan@ropers.com, rforni@ropers.com

JS-6

Attorneys for Defendants, LIBERTY LIFE ASSURANCE
COMPANY OF BOSTON and FARMERS GROUP, INC.
EMPLOYEES' LONG-TERM DISABILITY PLAN
(erroneously sued herein as FARMERS GROUP, INC.,
LTD PLAN)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

ASHA SHARMA,

Plaintiff,

v.

LIBERTY LIFE ASSURANCE
COMPANY OF BOSTON; and
FARMERS GROUP, INC., LTD
PLAN,

Defendants.

Case No.  SACV08-01341 AG (JCx)

**ORDER RE DISMISSAL OF
ACTION WITH PREJUDICE**

**IT IS HEREBY ORDERED** that, pursuant to the parties' Stipulation Re

Dismissal of Action with Prejudice, this action shall be, and hereby is, dismissed

with prejudice as to all defendants.  Each party shall bear its own fees and costs.

Dated: September 15, 2009

_____
Hon. Andrew J. Guilford

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City